**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Theresa Rose Freimuth,                    Civil No. 08-5188 (RHK/FLN)

        Plaintiff,                **ORDER**

vs.

City of Worthington and
Tim Gaul, Individually and in his
Official Capacity,

        Defendants.

---

Based on the parties' Stipulation, **IT IS ORDERED** that all of Plaintiff's claims against the City of Worthington are **DISMISSED WITH PREJUDICE**, on the merits and without costs or disbursements to any party.

Dated: December 2, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge